Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKKI SIMON | ) Case No. 5:13-cv-02220-JGB-DTB |
|     Plaintiff, | ) |
| | ) |
|  vs. | ) **NOTICE OF SETTLEMENT** |
| | ) |
| | ) **Hon. Jesus G. Bernal** |
| CCB CREDIT SERVICES, INC., | ) |
|     Defendants. | ) |
| | ) |

    NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this 14th day of April, 2014.

    By: s/Todd M. Friedman
        TODD M. FRIEDMAN
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 14th day of April, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Jesus G. Bernal
United States District Court
Central District of California

J. Grace Felipe
CARLSON & MESSER LLP
5959 W. Century Blvd
#1214
Los Angeles CA 90045
Attorney for Defendant

This 14th day of April, 2014.

s/Todd M. Friedman
Todd M. Friedman